**LeBow & Associates, PLLC.**
488 Madison Avenue, Suite 1100
New York, New York 10022
Tel. (212) 868-3311
Fax (212) 868-3306
jameslebowlaw@gmail.com
jameslebow@yahoo.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2008

February 4, 2008

**MEMORANDUM ENDORSED**

<u>**VIA FAX: 212-805-0426**</u>
Hon. Laura Taylor Swain
40 Centre Street, Room 1205
New York, New York 10007

The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:    <u>O'Sullivan v. DEA Angent Andrew et al.</u>, Docket No. 07-9932
       Adjournment of February 8, 2008 Initial Conference

Dear Hon. Swain:

My office received a phone call from your law clerk this morning about the Initial Conference scheduled for this Friday, February 8, 2008 at 3PM. We decided it would be mutually beneficial to adjourn the conference because no attorney has appeared for the defendant as of today's date. I would ask that the Intital Conference be adjourned to February 22, 2008 at 3PM. I hope to have an Answer from the Defendants by then.

*The request is granted.*

Very truly yours,
James B. LeBow

SO ORDERED.

*5 Feb 2008*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE