**LeBow & Associates, PLLC.**
**488 Madison Avenue, Suite 1100**
**New York, New York 10022**
**Tel. (212) 868-3311**
**Fax (212) 868-3123**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED   FEB 2 2 2008
```

**MEMO ENDORSED**

February 21, 2008

Dear Judge Swain:

**Re: O'Sullivan et al v. Drug Enforcement Agency et al**
**1:07-CV-9932**

We are an adjornment for the initial conference, which is currently scheduled for Friday,
February 21, 2008. The attorney is in court in Rochester New York and wasn't aware that is was
going to take this much time.

Do to this conflict we are not capable of attending the conference as scheduled.
I apologize for the late notice and any inconvenience this may cause the court.

We do appreciate your cooperation in this matter.

*The conference is adjourned to*
*February 29, 2008, at 2:30 pm.*

**Best Regards,**

**LeBow & Associates, PLLC.**

SO ORDERED.

_____ 2/22/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE