UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X          07-CIV-9932
NIXA O' SULLIVAN, ELIO HAWKINS,
DANIEL JAMES O'SULLIVAN, an INFANT
under16 YEARS OLD;

                                        Plaintiff,

  - against -                                                **AFFIDAVIT OF**
                                                           **SERVICE**


DRUG ENFORCEMENT AGENCY,
DEA AGENT ANDREW, in his Individual and
Official Capacities, and
FIVE UNKNOWN NAMED AGENTS OF THE
DRUG ENFORCEMENT AGENCY
(DEA AGENTS JOHN DOE 1-5),

                                        Defendant.



**JURY TRIAL DEMANDED**
-------------------------------------------------------X
STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

    **RAHEIM COSTA,** having been duly sworn, deposes and says:

1.      I am at least 18 years of age, I am not a party to the action, and I am a law clerk for The Law Office of James B. LeBow located at 488 Madison Avenue, New York, New York 10022.

2.      On **January 15, 2008,** pursuant to Rule 4(i)(1)(A) of the Federal Rules of Evidence, I **PERSONALLY** delivered a copy of the within **SUMMONS, COMPLAINT, and AMENDED COMPLAINT** on the parties below:

**Michael J. Garcia**
**United States Attorney, SDNY**
**One St. Andrews Plaza**
**New York, NY 10007**


**U.S. Drug Enforcement Agency**
**New York Division**
**99 10th Avenue**
**New York, New York 10011**

3.    On **January 15, 2008,** pursuant to Rule 4(i)(1)(B), Rule 4(i)(1)(C) and Rule 4(i)(2)(A) of the Federal Rules of Civil Procedure, I caused a true copy of the **SUMMONS, COMPLAINT, and AMENDED COMPLAINT** to be sent via registered/certified mail to the parties below:

**Civil Process Clerk**
**Michael J. Garcia**
**United States Attorney, SDNY**
**One St. Andrews Plaza**
**New York, NY 10007**

**U.S. Drug Enforcement Agency**
**New York Division**
**99 10th Avenue**
**New York, New York 10011**

**U.S. Attorney General**
**Michael B. Mukasey**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, NW**
**Washington, DC 20530-0001**

**U.S. Drug Enforcement Administration**
**401 Jefferson Davis Highway**
**Alexandria, VA 22301**

**U.S. Drug Enforcement Administration**
**Mailstop: AES**
**2401 Jefferson Davis Highway**
**Alexandria, VA 22301**

RAHEIM COSTA

Sworn to before me this
15th day of January, 2008

NOTARY PUBLIC

JAMES LEBOW
Notary Public, State of New York
No. 02LE6159553
Qualified in New York County
Commission Expires Jan. 18, 2011