The Law Office of
## James B. LeBow
Attorney and Counselor at Law
Admitted NY, CA, DC, MD, KS, MO



**MEMO ENDORSED**

February 27, 2008

Honorable Laura T. Swain

Re: <u>O Sullivan et al vs Drug Enforcement Agency et al</u>
07-CV-9932 (LTS)

Dear Judge Swain:

We are in need of an adjournment for the initial conference, which is currently scheduled for this Friday, February 29, 2008. A Plea hearing was ordered in another federal matter that I am handling, and the hearing was scheduled for that date. As well as depositons that I must take. These conflicts will prevent me from attending the initial conference in this matter.

I apologize for any inconvenience this may cause the Court. Thank you in advance for your consideration.

Respectfully Submitted,

*[signature]*
James B LeBow

*The conference is adjourned to April 3, 2008 at 4:30pm and the related deadlines are modified accordingly.*

SO ORDERED.

*[signature]* 2/28/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE