


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

March 17, 2008

By Hand
Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do [not] [send such] certification to Chambers.

Re: O'Sullivan v. U.S. Drug Enforcement Agency, DEA Agent Andrew, and Five Unknown Named Agents of the Drug Enforcement Agency (DEA Agents John Doe 1-5), 07 Civ. 9932 (LTS)

Dear Judge Swain:

I represent the United States Drug Enforcement Agency ("DEA") in the above-referenced action matter, brought pursuant to <u>Bivens v. Six Unknown Fed. Narcotics Agents</u>, 403 U.S. 388 (1971) and the Federal Tort Claims Act. I write respectfully to request that the Court (i) extend the DEA's time to answer from March 17, 2008, to May 16, 2008, and (ii) that the Court adjourn the initial pretrial conference currently scheduled for April 3, 2008, to June 5, 2008, or a time convenient to the Court. I have left a message for plaintiff's counsel, James LeBow, concerning this request, but have not yet heard back from him.

I make this request to provide the DEA with sufficient time to identify the individual agents allegedly involved in this matter and to allow such individuals an opportunity to request representation from the Department of Justice. The complaint in the above-referenced action arises from an arrest allegedly conducted by the DEA on January 25, 2006, and names one partially identified and five unknown DEA agents. DEA has conducted a search to identify any DEA agents involved in the alleged incident. Currently, the DEA has tentatively identified certain individuals and has begun the process of notifying them of the lawsuit. Accordingly, the DEA requests additional time to complete the process of identifying the appropriate individuals and to provide them with time to obtain appropriate representation in this matter.



Hon. Laura Taylor Swain                                                      March 17, 2008

                Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          MICHAEL J. GARCIA
                                          United States Attorney

                      By:    _____
                                          REBECCA C. MARTIN
                                          Assistant United States Attorney
                                          Telephone: (212) 637-2714
                                          Facsimile: (212) 637-2686

cc:    James P. Le Bow, Esq.
        488 Madison, Suite 1100
        New York, New York 10022
        Tel.: (212) 868-3311

*The requests are granted. The initial pretrial conference is adjourned to June 13, 2008, at 11:30 AM and the related deadlines are modified accordingly.*

                                                          SO ORDERED.

                                               _____3/18/08_____
                                             LAURA TAYLOR SWAIN
                                             UNITED STATES DISTRICT JUDGE