

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd Floor
New York, New York 10007

May 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 14 2008

**BY FACSIMILE**
Hon. Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007
Fax No.: (212) 805-0426

**MEMO ENDORSED**

Re: <u>O'Sullivan, et al. v. U.S. Drug Enforcement Agency, et al.</u>,
No. 07 Civ. 9932 (LTS)

Dear Judge Swain:

    I write respectfully on behalf of the United States Drug Enforcement Agency (the "DEA" or "Government") in the above-referenced <u>Bivens</u> action against the DEA and five "John Doe" DEA employees to request a 30-day extension of the deadline to respond to the First Amended Complaint, from May 16, 2008, until June 16, 2008. This case was recently reassigned to me from AUSA Rebecca Martin.

    On March 18, 2008, this Court granted a 60-day extension of this deadline to permit the Government to identify the DEA employees allegedly involved in this matter and afford them an opportunity to obtain representation from the Department of Justice. Since that time, the Government has identified a number of individuals with personal knowledge of the facts giving rise to this lawsuit and has permitted them to submit requests for representation. The Government, however, needs an additional 30 days to finish processing the requests and prepare a response to the First Amended Complaint. This is the Government's second request for an extension of this deadline, and plaintiffs' counsel consents to this request.

    Thank you for your consideration of this matter.

The request is granted.

Respectfully,

SO ORDERED.

MICHAEL J. GARCIA
United States Attorney

By: _____
PIERRE G. ARMAND
Assistant United States Attorney
Tel. No.: (212) 637-2724
Fax No.: (212) 637-2730

_____ 5/13/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

cc: James LeBow, Esq.
    Fax No.: (212) 868-3123

TOTAL P.02