## LEBOW & ASSOCIATES, PLLC
5 Penn Plaza, 19th floor
New York, New York 10001
Tel. (212) 868-3311
Fax (212) 868-3123



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 1 2008

August 20, 2008

**VIA FACSIMILE**
Honorable Laura Taylor Swain
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

  Re: O'Sullivan v. U.S. Drug Enforcement Agency, et al.
    Docket No. 07-Civ.-9932 (LTS)

Dear Judge Swain:

We write this letter to respectfully request an adjournment of the initial conference presently scheduled for this coming Friday, August 22, 2008. This request is made with defense counsel's consent.

Plaintiffs just yesterday filed a Second Amended Complaint in this action. Requests for waivers of service have been denied, so the Summons and Complaint still needs to be served upon the newly-named defendants. In light of this and since there has not even been an answer filed in this case yet, it seems that an initial conference at this point would be premature. However, we will be guided by the Court on this point.

Our second reason for our request for an adjournment is that James LeBow, the attorney of record in this case and the senior attorney at this law firm, has suffered a relapse of an illness and has again been hospitalized. We only have one other associate here that is admitted to the bar, however her admission to federal court is still pending. We would very much appreciate it if the Court would be willing to extend us the courtesy of an adjournment so that Mr. LeBow could be present for the conference. Specifically, we request a 45-day adjournment.

We thank the Court for its anticipated courtesy and cooperation.

Very Truly Yours,

Kristina Heuser (on behalf of James B. LeBow/JL4535)

cc: AUSA Pierre Armand

*The conference is adjourned to October 24, 2008, at 10:30 AM and the related deadlines are modified accordingly.*

**SO ORDERED.**

NEW YORK, NY
Aug 21, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE